**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6849**

---

NICHOLAS WARNER JONES,

                            Plaintiff - Appellant,

    versus

ARRIE W. DAVIS, Judge; ROBERT M. BELL, Chief
Judge; BALTIMORE CITY MUNICIPAL CORPORATION,

                            Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge. (CA-
03-3526-1)

---

Submitted:  January 27, 2005      Decided:  February 2, 2005

---

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Nicholas Warner Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nicholas Warner Jones appeals the district court's order denying his motion for reconsideration of an order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Davis, No. CA-03-3526-1 (D. Md. filed Feb. 24, 2004; entered Fed. 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED